UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLAN PARMELEE,

                Plaintiff,

v.

TONY DUNNINGTON, HARLAN FINCH, DOUGLAS WADDINGTON, RICHARD HAYWARD, SCOTT RUSSELL, DANIEL WHITE, CPM DAN VAN OGLE, MARCIA SANCHEZ, ED HOSKINS, STEVE RAMSEY, ELDON VAIL, and JOSEPH GATCHELL,

                Defendants.

No. C11-5771 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)     Plaintiff's motion to remand (ECF No. 8) is **DENIED**.

(2)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Hon. Karen L. Strombom.

DATED this 17th day of January, 2012.

                                      */s/ Ronald B. Leighton*
                                      RONALD B. LEIGHTON
                                      UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1