

11-CV-05771-STIP

The Honorable Ronald B. Leighton
United States Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ALLAN PARMELEE, | NO. 11-05771-RBL/KLS |
|---|---|
| Plaintiff, | STIPULATION FOR AND ORDER TO EXTEND PRETRIAL SCHEDULING ORDER |
| v. | |
| TONY DUNNINGTON; et. al., | |
| Defendants | |

IT IS HEREBY STIPULATED by and between Allan Parmelee, Plaintiff Pro Se, and Robert M. McKenna, Attorney General, and Daniel J. Judge, Senior Counsel, counsel for Defendants herein, that the parties will extend the Pretrial Scheduling Order as set out below.

Plaintiff shall have an additional 30 days to file an Amended Complaint from March 14, 2012 to April 15, 2012. The Amended Complaint was due per Order of the Court filed 2/16/12 EF #24.

Per Order of the Court filed 10/11/11 EF 7.

Discovery Cutoff: April 20, 2011 extended to October 19, 2012.

Dispositive Motion filing deadline: June 15, 2012 extended to December 17, 2012.

Joint Status Report deadline: October 19, 2012 extended to April 19, 2013.

The rest of the Order filed 10/11/11, EF #7, to remain in effect.

///

1  DATED this 16th day of March, 2012.

ROBERT M. MCKENNA
Attorney General

DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorney General's Office
PO Box 40126
Olympia, WA 98504-0126
Telephone (360) 586-6300
Fax: (360) 586-6655
E-Mail DanielJ@atg.wa.gov
Attorneys for Defendants

3-16-12
ALLAN PARMELEE, Plaintiff, Pro Se

# ORDER

THIS MATTER having come on before the above-entitled court upon stipulation of parties, the court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED That the Plaintiff have an additional thirty (30) days to file an Amended Complaint from March 14, 2012 to April 15, 2012.

Per Order of the Court filed 10/11/11 EF 7.

Discovery Cutoff: April 20, 2011 extended to October 19, 2012.

Dispositive Motion filing deadline: June 15, 2012 extended to December 17, 2012.

Joint Status Report deadline: October 19, 2012 extended to April 19, 2013.

The rest of the Order filed 10/11/11, EF #7, to remain in effect.

DONE ~~IN OPEN COURT~~ this 19th day of March, 2012.

_____
JUDGE

Presented by:

ROBERT M. MCKENNA
~~Attorney General~~

_____
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorney General's Office
PO Box 40126
Olympia, WA 98504-0126
Telephone (360) 586-6300
Fax: (360) 586-6655
E-Mail DanielJ@atg.wa.gov
Attorneys for Defendants

Approved as to form and notice of presentation waived:

_____ 3-16-12
ALLAN PARMELEE, Plaintiff, Pro Se

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2012, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

To Plaintiff, Pro Se via:

☒ US Mail Postage Prepaid via Consolidated Mail Service

LEGAL MAIL
Allan Parmelee, DOC #793782
Washington State Penitentiary
1313 N 13th Ave
Walla Walla, WA 99362

ROBERT M. MCKENNA
Attorney General

By: s/Daniel J. Judge
DANIEL J. JUDGE, WSBA No. 17392
Senior Counsel
Attorney General's Office
PO Box 40126
Olympia, WA 98504-0126
Telephone: (360) 586-6300
Fax: (360) 586-6655
E-mail: DanielJ@atg.wa.gov
Attorneys for Defendants