UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLAN PARMELEE,<br><br>               Plaintiff,<br><br>  v.<br><br>TONY DUNNINGTON, HARLAN FINCH, DOUGLAS WADDINGTON, RICHARD HAYWARD, SCOTT RUSSELL, DANIEL WHITE, CPM DAN VAN OGLE, MARCIA SANCHEZ, ED HOSKINS, STEVE RAMSEY, ELDON VAIL, and JOSEPH GATCHELL,<br><br>               Defendants. | NO. C11-5771 RBL/KLS<br><br>ORDER RENOTING MOTION FOR RULE 4(d) SERVICE |

Before the Court is Plaintiff's Motion for Order Allowing Rule 4(d) Service of his Amended Complaint. ECF No. 29. Plaintiff's Amended Complaint is currently due on April 16, 2012.[1] Defendants do not object, but propose several restrictions to the service. ECF No. 36. Because Plaintiff has not yet filed an amended complaint for the Court's review and approval, the motion for order allowing service is premature. Accordingly, it is **ORDERED:**

(1) Plaintiff's Motion for Rule 4(d) Service (ECF No. 29) is **re-noted** for

      **April 16, 2012.**

---

[1] The parties stipulated to a deadline of April 15, 2012, but April 15th is a Sunday; the deadline is therefore, April 16, 2012.

ORDER - 1

1     (2)    The Clerk shall send copies of this Order to Plaintiff and to counsel for

2     Defendants.

3 **DATED** this __12th__ day of April, 2012.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2