UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLAN PARMELEE,

        Plaintiff,

v.

TONY DUNNINGTON, HARLAN FINCH, DOUGLAS WADDINGTON, RICHARD HAYWARD, SCOTT RUSSELL, DANIEL WHITE, CPM DAN VAN OGLE, MARCIA SANCHEZ, ED HOSKINS, STEVE RAMSEY, ELDON VAIL, and JOSEPH GATCHELL,

        Defendants.

NO. C11-5771 RBL/KLS

ORDER REGARDING MOTION FOR RULE 4(d) SERVICE (ECF No. 29)

On February 16, 2012, Plaintiff was granted leave to amend his complaint on or before March 16, 2012. ECF No. 24. He filed a Motion for Order Allowing Rule 4(d) Service of his Amended Complaint. ECF No. 29. Thereafter the parties stipulated and the Court extended Plaintiff's deadline to submit his amended complaint to April 16, 2012. ECF No. 35.[1] Because Plaintiff has not yet filed an amended complaint for the Court's review and approval, the Court re-noted his motion for order allowing service (ECF No. 29) for April 16, 2012, the same day that Plaintiff's amended complaint is due. ECF No. 40.

---

[1] The parties stipulated to a deadline of April 15, 2012, but April 15th is a Sunday; the deadline is therefore, April 16, 2012.

ORDER - 1

Plaintiff did not submit an amended complaint by the April 16th deadline and has instead filed a Motion to Stay. ECF No. 41. That motion is the subject of a separate Order.

Accordingly, it is **ORDERED:**

(1) The Clerk is directed to **strike** the noting date of Plaintiff's Motion for Rule 4(d) Service (ECF No. 29). If and when Plaintiff files an amended complaint (or elects to continue with his original complaint), he may re-note the motion for the Court's consideration.

(2) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this   22nd   day of May, 2012.

Karen L. Strombom
United States Magistrate Judge