UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLAN PARMELEE,<br><br>               Plaintiff,<br><br>  v.<br><br>TONY DUNNINGTON, HARLAN FINCH, DOUGLAS WADDINGTON, RICHARD HAYWARD, SCOTT RUSSELL, DANIEL WHITE, CPM DAN VAN OGLE, MARCIA SANCHEZ, ED HOSKINS, STEVE RAMSEY, ELDON VAIL, and JOSEPH GATCHELL,<br><br>               Defendants. | NO. C11-5771 RBL/KLS<br><br>ORDER GRANTING EXTENSION TO FILE AMENDED COMPLAINT |

Before the Court is Plaintiff's "Motion and Declaration to Stay Case, Order Defendants to Provide Access to Case Critical Legal Property, and Until Corrected, Toll Time to File Previously Ordered Amended Complaint". ECF No. 41. In this motion, Plaintiff complains of access to his legal materials at the Washington State Penitentiary (WSP). Since the filing of this motion, Plaintiff filed a Notice of Change of Address reflecting that he is now housed at the Monroe Correctional Complex in Monroe, Washington. ECF No. 41. On June 4, 2012, the Court ordered Plaintiff to advise the Court (1) whether the issues raised in his motion are now moot; and (2) if he still requires an extension of time to file an amended complaint.

ORDER - 1

Although Plaintiff is no longer housed at the MCC, he states that the issues he raised relating to his access to his legal files while housed there are not moot. ECF No. 50. He also states that he still requires additional time, not to exceed three months, to file his amended complaint. Plaintiff's segregation status is expected to expire in two months and his access to files will likely change at that time. Thereafter, he anticipates that it will take the Department of Corrections a couple of weeks to process him and at least a week after that to prepare his amended complaint after he is provided access to his files. *Id.*

The Court finds that Plaintiff has provided a good faith reason for the requested extension of time to file his amended complaint. However, the remainder of the issues raised in Plaintiff's motion must be addressed in a separate Report and Recommendation because Plaintiff seeks injunctive relief. Accordingly, **it is ORDERED:**

(1) Plaintiff's motion (ECF No. 49) for an extension of time to respond to the Court's Order to Show Cause is **GRANTED.** The Court has considered Plaintiff's response to the Order to Show Cause (ECF No. 50) filed on June 20, 2012.

(2) Plaintiff's motion (ECF No. 41) is **granted in part;** Plaintiff shall file his amended complaint **on or about September 10, 2012.** The remainder of Plaintiff's motion (ECF No. 41) shall be addressed in a separate Report and Recommendation.

(3) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 25th day of June, 2012.

Karen L. Strombom
United States Magistrate Judge