UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLEN PARMELEE,<br><br>      Plaintiff,<br><br> v.<br><br>TONY DUNNINGTON, HARLAN FINCH, DOUGLAS WADDINGTON, RICHARD HAYWARD, SCOTT RUSSELL, DANIEL WHITE, CPM DAN VAN OGLE, MARCIA SANCHEZ, ED HOSKINS, STEVE RAMSEY, ELDON VAIL, and JOSEPH GATCHELL,<br><br>      Defendants. | No. C11-5771 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for preliminary injunction (ECF No. 41) is **DENIED.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 21st day of August, 2012.

                   _/s/ Ronald B. Leighton_
                   Ronald B. Leighton
                   United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1