HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ALLAN PARMALEE,<br><br>    Plaintiff,<br><br>  v.<br><br>TONY DUNNINGTON, et al.,<br><br>    Defendants. | No. 11-cv-5771-RBL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>[Dkt. #58] |

    Plaintiff seeks reconsideration of this Court's Order Adopting Report and Recommendation, August 21, 2012. Under Local Rule 7(h), motions for reconsideration are disfavored and will ordinarily be denied, absent a showing of manifest error or a new factual or legal basis which could not have been raised earlier. Plaintiff has shown neither manifest error nor a new factual or legal basis for reconsideration. The motion is therefore **DENIED**.

    Dated this 12th day of September 2012.

                                                        Ronald B. Leighton
                                                        United States District Judge

Order - 1