UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLAN PARMELEE,

                Plaintiff,

  v.

TONY DUNNINGTON, HARLAN FINCH, DOUGLAS WADDINGTON, RICHARD HAYWARD, SCOTT RUSSELL, DANIEL WHITE, CPM DAN VAN OGLE, MARCIA SANCHEZ, ED HOSKINS, STEVE RAMSEY, ELDON VAIL, and JOSEPH GATCHELL,

                Defendants.

NO. C11-5771 RBL/KLS

ORDER DENYING MOTION FOR SERVICE BY MAIL AS MOOT

      Before the Court is Plaintiff's renewed Motion for Service by Mail. ECF No. 67. Plaintiff seeks leave to serve his "first amended complaint, as now allowed by the Court's October 22, 2012 order. (Dkt. 66)." However, this Court's Order states that it is requiring Plaintiff to proceed on his original complaint (ECF No. 1, pp. 11-21). ECF No. 66, at 1.

      The Defendants named in Plaintiff's original complaint removed this action to this Court and one week later filed their answer to the complaint. ECF No. 6. They raised no defense or issue regarding personal jurisdiction or adequacy of service. *Id.* Defendants confirm that they do not assert any such defense or issue now.

      Therefore, Plaintiff's motion (ECF No. 67) is moot because the Defendants raise no issue in this case as to personal jurisdiction or adequacy of service of process.

ORDER - 1

1  Accordingly, it is **ORDERED:**

2  (1) Plaintiff's motion for service (ECF No. 67) is **DENIED as moot.**

3  (2) The Clerk shall send copies of this Order to Plaintiff and to counsel for
4  Defendants.

5

6  **DATED** this 30th  day of November, 2012.

7

8

9  *[signature]*

10  Karen L. Strombom
   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2