1

HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLAN PARMELEE,

9

Plaintiff,

10

v.

11

TONY DUNNINGTON, et al.,

12

Defendants.

13

CASE NO. C11-5771 RBL-KLS

ORDER DENYING MOTION FOR
RECONSIDERATION

[DKT. #89]

14      THIS MATTER is before the Court on the Plaintiff's Motion for Reconsideration [Dkt.

15   #89] of the Magistrate Judge's Order [Dkt. #88] Denying Plaintiff's Motion to Compel [Dkt.

16   #73] and his Motion for an Extension of Time [Dkt. #75].

17      Under Local Rule 7(h)(1), motions for reconsideration are disfavored, and will ordinarily

18   be denied unless there is a showing of (a) manifest error in the ruling, or (b) facts or legal

19   authority which could not have been brought to the attention of the court earlier, through

20   reasonable diligence.  The term "manifest error" is "an error that is plain and indisputable, and

21   that amounts to a complete disregard of the controlling law or the credible evidence in the

22   record."  Black's Law Dictionary 622 (9th ed. 2009).

23

24

ORDER DENYING MOTION FOR
RECONSIDERATION - 1

1    Reconsideration is an "extraordinary remedy, to be used sparingly in the interests of

2  finality and conservation of judicial resources." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d

3  877, 890 (9th Cir. 2000).  "[A] motion for reconsideration should not be granted, absent highly

4  unusual circumstances, unless the district court is presented with newly discovered evidence,

5  committed clear error, or if there is an intervening change in the controlling law." *Marlyn*

6  *Natraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009).  Neither

7  the Local Civil Rules nor the Federal Rule of Civil Procedure, which allow for a motion for

8  reconsideration, is intended to provide litigants with a second bite at the apple.  A motion for

9  reconsideration should not be used to ask a court to rethink what the court had already thought

10  through — rightly or wrongly.  *Defenders of Wildlife v. Browner*, 909 F.Supp. 1342, 1351 (D.

11  Ariz. 1995).  Mere disagreement with a previous order is an insufficient basis for

12  reconsideration, and reconsideration may not be based on evidence and legal arguments that

13  could have been presented at the time of the challenged decision.  *Haw. Stevedores, Inc. v. HT &*

14  *T Co.*, 363 F.Supp.2d 1253, 1269 (D. Haw. 2005).  "Whether or not to grant reconsideration is

15  committed to the sound discretion of the court." *Navajo Nation v. Confederated Tribes & Bands*

16  *of the Yakima Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003).

17    Plaintiff has made no such showing under this standard.  The Motion for Reconsideration

18  [Dkt. #89] is DENIED.

19    IT IS SO ORDERED.

20    Dated this 23rd day of May, 2013.

21

22    _____

    RONALD B. LEIGHTON

23    UNITED STATES DISTRICT JUDGE

24

[DKT. #89] - 2