UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLAN PARMELEE,<br><br>            Plaintiff,<br><br>    v.<br><br>TONY DUNNINGTON, et al.,<br><br>            Defendants. | NO. C11-5771-RBL/KLS<br><br>ORDER AMENDING PRETRIAL SCHEDULING ORDER |

The parties have stipulated to the amendment of the Pretrial Scheduling Order (ECF No. 66). The Court finds that the amendment as proposed by the parties is in good faith.

It is, therefore, **ORDERED:**

(1) The parties' stipulated motion (ECF No. 94) is **GRANTED** and the Pretrial Scheduling Order (ECF No. 66) is **amended as follows:** discovery deadline is **September 30, 2013**; dispositive motions filing deadline is **November 30, 2013**; joint status report deadline is **February 28, 2014**. The remainder of the Pretrial Scheduling Order (ECF No. 66) shall remain in effect.

(2) The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** the 17th day of June, 2013.

                                                /s/ Karen L. Strombom
                                                Karen L. Strombom
                                                United States Magistrate Judge

ORDER