1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLAN PARMELEE,

                                    Plaintiff,

        v.

TONY DUNNINGTON, HARLAN
FINCH, DOUGLAS WADDINGTON,
RICHARD HAYWARD, SCOTT
RUSSELL, DANIEL WHITE, CPM
DAN VAN OGLE, MARCIA
SANCHEZ, ED HOSKINS, STEVE
RAMSEY, ELDON VAIL, and JOSEPH
GATCHELL,

                                    Defendants.

No. C11-5771 RBL/KLS

**REPORT AND RECOMMENDATION**
**Noted For:  July 5, 2013**

        Before the Court is the parties' stipulation to dismissal of Plaintiff's claims against

Defendant Joseph Gatchell without prejudice.  ECF No. 94.

**DISCUSSION**

        Rule 41 sets forth the circumstances under which an action may be dismissed.  Under

Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court:

        (i) by filing a notice of dismissal at any time before service by the adverse party
        of an answer or of a motion for summary judgment, whichever first occurs, or (ii)
        by filing a stipulation of dismissal signed by all parties who have appeared in the
        action.

        Rule 41(2) provides, in part, that an action may be dismissed at the plaintiff's request

only by court order, on terms that the court considers proper.

REPORT AND RECOMMENDATION  - 1

The parties have stipulated to the dismissal without prejudice of Plaintiff's claims against Defendant Joseph Gatchell.  ECF No. 94.  The Court should grant the parties' motion (ECF No. 94) and dismiss Plaintiff's claims against Defendant Gatchell without prejudice.

## WRITTEN OBJECTIONS

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections.  See also Fed. R.Civ.P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **July 5, 2013**, as noted in the caption.

**DATED** this 14th_ day of June, 2013.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION  - 2